# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JULIUS EDWARD LUPOWITZ, Defendant. | CR 17-40-GF-BMM <br><br> **ORDER VACATING THE FORFEITURE HEARING** |

Before the Court is a joint motion of the parties to vacate the forfeiture hearing set for August 1, 2018 based on the stipulation regarding forfeiture and restitution in the above captioned matter. For good cause showing,

IT IS HEREBY ORDERED

The forfeiture hearing is set for August 1, 2018 is VACATED. The stipulation regarding forfeiture and restitution will be addressed at sentencing. The parties should be prepared to proceed to sentencing on August 9, 2018 at 10:00am.

DATED this 9th day of July, 2018.

_____
Brian Morris
United States District Court Judge

1